# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Theresa M. Lewis,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-102-1-MU

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2007 Order.

**Signed: March 12, 2007**

Frank G. Johns, Clerk
United States District Court